United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 15-10045-elf
Celeste M Bligen                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 2              Date Rcvd: Sep 28, 2016
                              Form ID: pdf900          Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2016.
```
db            +Celeste M Bligen,    1421 Robbins Street,    Philadelphia, PA 19149-2751
13452031      +Acs Inc,    Attn: Bankruptcy,    Po Box 56317,    Philadelphia, PA 19130-6317
13452032      +Axcssfn/cngo,    7755 Montgomery Rd Ste 4,    Cincinnati, OH 45236-4291
13452033      +Central Finl Control,    Po Box 66044,    Anaheim, CA 92816-6044
13476926       CitiMortgage Inc.,    PO Box 6030,    Sioux Falls, SD 57117-6030
13540588      +CitiMortgage Inc.,    c/o Matthew C. Waldt, Esq.,     Milstead & Assocs. LLC,    1 E. Stow Rd.,
                Marlton, NJ 08053-3118
13476584       CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA 50368-8971
13452034      +Citimortgage, Inc,    P.O. Box 9438,    Gaithersburg, MD 20898-9438
13452035       City of Philadelphia,    Law Department,    One Parkway Building,    1515 Parkway Building,
                Philadelphia, PA 19102
13702788      +MidFirst Bank,    999 NW Grand Blvd. Suite 100,    Oklahoma City, OK 73118-6051
13685508      +MidFirst Bank,    c/o Joshua I. Goldman, Esq.,    KML Law Group P.C.,    701 Market St., Ste. 5000,
                Phila., PA 19106-1541
13541794      +Mitchell Lee Chambers, Esq.,    602 Little Gloucester Road,    Suite 5,
                Blackwood, NJ 08012-5213
13452039      +Trouvaillfcu,    4343 Kelly Drive,    Philadelphia, PA 19129-1759
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Sep 29 2016 01:39:09     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 29 2016 01:38:46
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 29 2016 01:39:02     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13541577       E-mail/Text: bankruptcy@phila.gov Sep 29 2016 01:39:09     City of Philadelphia,
                Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                Philadelphia, PA  19102-1595
13452036      +E-mail/Text: electronicbkydocs@nelnet.net Sep 29 2016 01:38:55     Dept Of Education/neln,
                121 S 13th St,    Lincoln, NE 68508-1904
13452037      +E-mail/Text: bankruptcy@icsystem.com Sep 29 2016 01:39:17     IC System,    Attn: Bankruptcy,
                444 Highway 96 East; Po Box 64378,    St. Paul, MN 55164-0378
13614170       E-mail/Text: ebn@vativrecovery.com Sep 29 2016 01:38:36     Palisades Collections, LLC,
                VATIV RECOVERY SOLUTIONS LLC, dba SMC,    As agent for Palisades Collections, LLC,
                P.O. Box 40728,    Houston, TX 77240-0728
13476120      +E-mail/Text: electronicbkydocs@nelnet.net Sep 29 2016 01:38:55     U.S. Department of Education,
                C/O Nelnet,    3015 South Parker Road, Suite 400,    Aurora, CO 80014-2904
13452040      +E-mail/Text: bankruptcynotice@westlakefinancial.com Sep 29 2016 01:38:54
                WESTLAKE FINANCIAL SERVICES,    4751 WILSHIRE BLVD.,    Los Angeles, CA 90010-3827
13529199      +E-mail/Text: bankruptcynotice@westlakefinancial.com Sep 29 2016 01:38:53
                WESTLAKE FINANCIAL SERVICES,    4751 WILSHIRE BLVD,    SUITE 100,    LOS ANGELES CA 90010-3847
13452041      +E-mail/Text: bankruptcynotice@westlakefinancial.com Sep 29 2016 01:38:54
                WESTLAKE FINANCIAL SVC,    4751 WILSHIRE BLVD.,    Los Angeles, CA 90010-3827
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13452038      ##+MILSTEAD & ASSOCIATES, LLC,    220 LAKE DRIVE EAST,    SUITE 301,    Cherry Hill, NJ 08002-1165
                                                                                              TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2016                               Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Randi              Page 2 of 2              Date Rcvd: Sep 28, 2016
                              Form ID: pdf900          Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 28, 2016 at the address(es) listed below:
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   MidFirst Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor   CitiMortgage, Inc. mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              MITCHELL LEE CHAMBERS, JR.    on behalf of Debtor Celeste M Bligen ecfbc@comcast.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                           TOTAL: 5
```

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CELESTE M BLIGEN                     Chapter 13

                    Debtor        Bankruptcy No. 15-10045-ELF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: September 28, 2016**

_____
Eric L. Frank
ChiefBankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MITCHELL LEE CHAMBERS, ESQ.
602 LITTLE GLOUCESTER RD.
SUITE 5
BLACKWOOD, NJ 08012-


Debtor:
CELESTE M BLIGEN

1421 ROBBINS STREET

PHILADELPHIA, PA 19149